UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                          )
          Plaintiff,                      )
                                          )  Case No. MJ09-575
     v.                                   )
                                          )
MICHAEL EUGENE McCLAIN,                   )  DETENTION ORDER
                                          )
          Defendant.                      )
_____  )

<u>Offense charged</u>:

      FELON IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. §§ 922(g)(1)
      AND 924(a)(2)

<u>Date of Detention Hearing</u>:    November 30, 2009.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth,

finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      (1)    Defendant has a substantial criminal history with crimes of violence, including

             rape, burglary and robbery in the first degree.

      (2)    Defendant has had multiple charges filed against him involving firearms.

      (3)    Defendant has substantial on-going substance abuse problems.

      (4)    Defendant is unemployed and when arrested, a confidential witness indicated

             he was planning a robbery.

(5)     Defendant is associated with 15 aliases, 5 dates of birth, and 4 social security numbers.

(6)     Defendant is a risk of flight and a danger to the community.

(7)     There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of November, 2009.

_____
JAMES P. DONOHUE
United States Magistrate Judge